Charles J. **KOHLHOFER**, Appellant, v. **BALTIMORE & OHIO RAILROAD COMPANY**, Appellee.

No. 11604.

United States Court of Appeals Sixth Circuit.

Dec. 12, 1952.

Manuel Zimmerman, Toledo, Ohio, for appellant.

Joel Rhinefort, Toledo, Ohio, for appellee.

Before SIMONS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This case having been considered on the record, briefs and oral arguments of counsel for respective parties;

And the Court being of the opinion that considering the testimony in the list most favorable to the appellant, it was not error

for the District Judge to direct a verdict for the appellee; Detroit, Toledo & Ironton R. Company v. Rohrs, 114 Ohio St. 493, 151 N.E. 714; Woodworth, Admx. v. New York Central R. Company, 149 Ohio St. 543, 80 N.E.2d 142; Baltimore & Ohio R. Company v. Joseph, 6 Cir., 112 F.2d 518, certiorari denied 312 U.S. 682, 61 S.Ct. 551, 85 L.Ed. 1121, rehearing denied 312 U.S. 714, 61 S.Ct. 710, 85 L.Ed. 1144; Detroit, Toledo & Ironton R. Company v. Yeley, 6 Cir., 165 F.2d 375,

It is ordered that the judgment of the District Court be and is affirmed.

Muriel Dodge **NEEMAN** (formerly Muriel Dodge Conklin), Petitioner, v. **COMMISSIONER OF INTERNAL REVENUE**, Respondent.

No. 91, Docket 21648.

United States Court of Appeals Second Circuit.

Argued Dec. 9, 1952.

Decided Dec. 30, 1952.

Morton C. Fitch, New York City, Lawrence R. Condon, New York City, for petitioner.

Charles S. Lyon, Asst. Atty. Gen., Ellis N. Slack, Lee A. Jackson and L. W. Post, Sp. Assts. to Atty. Gen., for Commissioner of Internal Revenue, respondent.

Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed on the authority of Lerner v. Commissioner, 2 Cir., 195 F.2d 296, and on the opinion below, 13 T.C. 397.